# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM ALVIN SMITH, | ) | 3:13-CV-0459-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 31, 2014 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for entry of default (#15) is **DENIED**.  Defendant timely filed an answer on January 28, 2014 (#13) pursuant to the stipulation and order granting an extension of time (#11).

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                         By:           /s/
                                        Deputy Clerk