AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

WILLIAM ALVIN SMITH,

    Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:   3:13-cv-00459-MMD-VPC

COMMISSIONER OF
SOCIAL SECURITY, et al.,

    Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Commissioner's cross motion to affirm (dkt. no. 28) is granted.

October 21, 2015                                **LANCE S. WILSON**
                                                Clerk

                                                /s/ K. Rusin
                                                Deputy Clerk